ALANNA D. COOPERSMITH, SBN 248447
Attorney at Law,
420 Third Street
Oakland, California 94607
T-(510) 628-0596
F-(866) 365-9759
alanna@eastbaydefense.com

Attorney for Defendant,
Ionut Lazarica

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | No. 24-CR-0193 JST |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR CONTINUANCE OF IDENTIFICATION OF COUNSEL AND STATUS HEARING, AND EXCLUSION OF TIME** |
| **IONUT LAZARICA**, | |
| Defendant. | |

Defendant, Ionut Lazarica, by and through his counsel, Alanna Coopersmith, and the Government, by and through Assistant United States Attorney, Kelsey Davidson, stipulate and agree as follows:

On November 6, 2024, Mr. Lazarica was arraigned on the indictment and the matter was continued to November 8, 2024, for identification of counsel and detention hearing.

On November 8, 2024, the court provisionally appointed Alanna Coopersmith as counsel. The appointment was provisional, because Mr. Lazarica indicated to Ms. Coopersmith that his family was retaining private counsel. The case was continued to November 12, 2024, for identification of counsel and status of detention hearing. If Mr. Lazarica did not retain private counsel, he would submit a financial declaration and seek the unconditional appointment of CJA counsel.

-2-

The parties now request that the matter be continued from November 12, 2024 to November 14, 2024 at 10:30am.  They understand that Mr. Lazarica has retained private counsel who will be available to make an initial appearance on his behalf at that time.

The parties stipulate and agree that the time period for trial to commence under the Speedy Trial Act should be excluded from November 8, 2024, through November 14, 2024, on the basis of the pending detention motion by the government, as well as the need for effective preparation of counsel and continuity of counsel.  18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(B)(iv).

**IT IS SO STIPULATED.**

DATED:   November 8, 2024                                    Respectfully submitted,

ISMAIL RAMSEY
United States Attorney

 /s/ Kelsey Davidson
KELSEY DAVIDSON
Assistant United States Attorney

DATED:   November 8, 2024

 /s/ Alanna Coopersmith
ALANNA COOPERSMITH
Attorney for Defendant,
Ionut Lazarica

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, it is hereby ORDERED that the hearing for identification of counsel and status of detention is continued from November 12, 2024, to **November 14, 2024, at 10:30 a.m.**  The Court finds that failing to exclude time for trial under the Speedy Trial Act between November 8, 2024, and November 14, 2024, would unreasonably deny defendant the continuity of counsel and effective preparation of counsel, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  Exclusion of time under the Speedy Trial Act is also proper given the government's pending

detention motion. 18 U.S.C. §§ 3161(h)(1)(D). The Court finds that the ends of justice served by excluding the time between November 8, 2024, and November 14, 2024, from computation under the Speedy Trial Act would outweigh the best interests of the public and the defendant in a speedy trial. *Id*. § 3161(h)(7)(A). Accordingly, time for trial is excluded under the Speedy Trial Act from November 8, 2024 through November 14, 2024.

**IT IS SO ORDERED.**

DATED: \_\_November 8, 2024\_\_



_____
HON. DONNA M. RYU
Chief Magistrate Judge